United States District Court
Southern District of Texas
**ENTERED**
July 01, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| COLLEEN BODEUX-PINE, | § § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. 4:21-CV-00384 |
| ROC-HOUSTON, P.A., *et al.*, | § § § | |
| Defendants. | § | |

## ORDER

The parties in this case have filed a Joint Stipulation of Dismissal with Prejudice. ECF No. 16. In accordance with that Stipulation and Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff's claims against Defendant are hereby **DISMISSED WITH PREJUDICE**. Each party is to bear its own costs and fees. The Clerk is directed to **CLOSE** the case.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas on this the 29th day of June, 2022.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE